UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MASHIACH C LASSITER,**

Plaintiff,

v.

**No. 4:26-cv-0335-P**

**TARRANT COUNTY JUVENILE
SERVICES, ET AL.,**

Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 19 and 20. Plaintiff filed a Objections on May 8, 2026, and the Magistrate Judge's Recommendation is ripe for review. Accordingly, the undersigned District Judge conducted a *de novo* review.

The undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff's objections are **OVERRULLED**. Accordingly, the Court **ORDERS** that Mashiach Lassiter is declared a vexatious litigant and that (1) monetary sanctions may be imposed for future vexatious litigation considered to be abusive and harassing in nature (2) that Lassiter must obtain leave of court by filing a motion before he is permitted to file any additional complaints in this district, and (3) that Lassiter is prohibited from filing any further documents through the Court's electronic emergency filing system.

Further, Plaintiff's complaint is **DISMISSED** for lack of prosecution, without prejudice to being refiled. See FED. R. CIV. P. 41(b). Plaintiff's remaining Motions (ECF No. 22, 24, 25, and 26) are all **DENIED** as

frivolous or unintelligible. This is a **FINAL JUDGMENT** for purposes of appeal.

    **SO ORDERED** on this **8th day of May 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE